# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2025

Lyle W. Cayce
Clerk

_____

No. 24-40164
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Daren Lynn Lopez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:22-CR-1624-1

_____

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Daren Lynn Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40164

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.